

Opinions of the United
States Court of Appeals
for the Third Circuit

4-16-2009

# Tony Hood v. Pfizer Inc

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-1434

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Tony Hood v. Pfizer Inc" (2009). *2009 Decisions*. Paper 1531.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1531

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-1434
_____

TONY HOOD,

Appellant,

v.

PFIZER, INC.


On Appeal From the United States District Court
for the District of New Jersey
(No. 04-3836)
District Judge:  Honorable Stanley R. Chesler

Submitted Under Third Circuit LAR 34.1(a)
November 21, 2008

Before: BARRY and CHAGARES, <u>Circuit</u> Judges, and RESTANI,[*] <u>Judge</u>


(Filed: April 16, 2009)
_____


**ORDER AMENDING OPINION**

[*] Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

CHAGARES, <u>Circuit Judge</u>

 IT IS ORDERED that the prior opinion and judgment are hereby vacated.

 The court shall file an amended opinion and judgment forthwith.

       By the Court,


       <u>*/s/ Michael A. Chagares*</u>
       Circuit Judge

Dated: April 16, 2009
CRG/cc: Alan H. Schorr, Esq.
   Gregory C. Parliman, Esq.